Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  MICHAEL WOLFINBARGER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL WOLFINBARGER, ) | Case No.:  2:13-CV-1545 CMK |
| Plaintiff, ) | |
| ) | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. ) | |
| ) | |
| CAROLYN COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| Defendant ) | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Michael Wolfinbarger ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to February 10, 2014; and that Defendant shall have until March 12, 2014, to file

1  his opposition, if any is forthcoming.  Any reply by plaintiff will be due March 19,
2  2014.
3       An extension of time for plaintiff is needed in order to properly address the
4  issues within the administrative record in this matter to avoid a confluence of due
5  dates in the midst of the holiday season as a result of the lapse in appropriations.
6  Counsel sincerely apologizes to the court for any inconvenience this may have had
7  upon it or its staff.

9  DATE: January 2, 2014          Respectfully submitted,
10                                 LAW OFFICES OF LAWRENCE D. ROHLFING
11                                      /s/ *Steven G. Rosales*
                          BY: _____
12                         Steven G. Rosales
                           Attorney for plaintiff MICHAEL WOLFINBARGER

14  DATED:  January 2, 2014        BENJAMIN WAGNER
                                   United States Attorney

17                                 */S/- *Francesco Benavides*

18                                 _____
                                   Francesco Benavides
19                                 Special Assistant United States Attorney
                                   Attorney for Defendant
20                                 [*Via email authorization]

-2-

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including February 10, 2014, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to March 12, 2014
4 to file his opposition, if any is forthcoming. Any reply by plaintiff will be due
5 March 19, 2014.
6  IT IS SO ORDERED.

8 Dated: January 8, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE